UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2005-4 NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-4<br><br>PLAINTIFF<br><br>v.<br><br>LEROY W. GILBERT AND CATHY M. GILBERT<br><br>DEFENDANTS | CIVIL ACTION NO: |

## COMPLAINT FOR FORECLOSURE

**PROPERTY ADDRESS: 601 DUCK PUDDLE ROAD, WALDOBORO, ME 04572 MORTGAGE RECORDED AT BOOK 3585, PAGE 259 AT THE LINCOLN COUNTY REGISTRY OF DEEDS**

NOW COMES Plaintiff, The Bank of New York Mellon, f/k/a The Bank of New York, as Successor Trustee for JPMorgan Chase Bank, N.A., as Trustee for Novastar Mortgage Funding Trust, Series 2005-4 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2005-4, by and through its attorneys, Bendett & McHugh, P.C., and complains against the Defendant pursuant to 14 M.R.S. § 6321 et seq., saying further as follows:

1

## JURISDICTION AND VENUE

1. This Court has diversity jurisdiction pursuant 28 U.S.C. § 1332 because Plaintiff and Defendants are citizens of different states and the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

3. The Bank of New York Mellon, f/k/a The Bank of New York, as Successor Trustee for JPMorgan Chase Bank, N.A., as Trustee for Novastar Mortgage Funding Trust, Series 2005-4 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2005-4, ("Plaintiff") is a corporate trustee incorporated in the State of Delaware having a principal place of business at One Wall Street, Floor 2, New York, New York.

4. Defendants, Leroy W. Gilbert and Cathy M. Gilbert, are residents of Waldoboro, County of Lincoln and State of Maine.

## FACTS

5. Defendants Leroy W. Gilbert and Cathy M. Gilbert, are the owners of certain real property located at 601 Duck Puddle Road, Waldoboro, Maine (the "Premises") by virtue of a deed from The First National Bank of Damariscotta, dated May 17, 1999, and recorded in the Lincoln County Registry of Deeds on June 4, 1999 in Book 2463 at Page

324 and being more particularly described by the attached legal description. *See* Exhibit A.

6. On November 2, 2005, Defendants, Leroy W. Gilbert and Cathy M. Gilbert, executed and delivered to Novastar Mortgage, Inc. a certain promissory note in the original principal amount of $154,350.00 (the "Note"). *See* Exhibit B.

7. Plaintiff is entitled to enforce the Note as the Note was endorsed to The Bank of to The Bank of New York Mellon, as Successor Trustee under Novastar Mortgage Funding Trust, Series 205-4, thereafter endorsed to Plaintiff and subsequently endorsed in blank.

8. Plaintiff certifies that the owner of the Note is The Bank of New York Mellon, f/k/a The Bank of New York, as Successor Trustee for JPMorgan Chase Bank, N.A., as Trustee for Novastar Mortgage Funding Trust, Series 2005-4 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2005-4.

9. To secure said Note, in the amount of $154,350.00, Defendants, Leroy W. Gilbert and Cathy M. Gilbert, executed and delivered a Mortgage in favor of Mortgage Electronic Registration Systems, Inc., as nominee for Novastar Mortgage, Inc., dated November 2, 2005 and recorded in the Lincoln County Registry of Deeds in Book 3585 at Page 259 securing the property located at 601 Duck Puddle Road, Waldoboro, ME, 04572 (the "Mortgage). *See* Exhibit C.

10. Said Mortgage was assigned from Mortgage Electronic Registration Systems, Inc., as nominee for Novastar Mortgage, Inc. to The Bank of New York Mellon, as Successor Trustee under Novastar Mortgage Funding Trust, Series 2005-4 by an Assignment of

Mortgage, dated July 29, 2011 and recorded on August 17, 2011 in Book 4429 at Page 276 of the Lincoln County Registry of Deeds. *See* Exhibit D1.

11. Said Mortgage was assigned from The Bank of New York Mellon, as Successor Trustee under Novastar Mortgage Funding Trust, Series 2005-4 to Plaintiff by an Assignment of Mortgage, dated July 23, 2014 and recorded on August 19, 2014 in Book 4809 at Page 245 of the Lincoln County Registry of Deeds. *See* Exhibit D2.

12. Said Mortgage was assigned from Novastar Mortgage, Inc. to Plaintiff by an Assignment of Mortgage, dated May 13, 2015 and recorded on May 28, 2015 in Book 4890 at Page 101 of the Lincoln County Registry of Deeds. *See* Exhibit D3.

13. Plaintiff, directly or through its agent, is in possession of the original Note, Mortgage and any assignments.

14. Plaintiff is the party entitled to collect the debt evidenced by said Note and is the party entitled to enforce the Mortgage, and has the right to foreclose the Mortgage.

15. Defendants Leroy W. Gilbert and Cathy M. Gilbert are presently in default of the Note, having failed to make the monthly payment due February 1, 2018, and having failed to make all payments due thereafter. As a result thereof, Defendants have breached a condition of the Mortgage.

16. In compliance with the Note and Mortgage and/or 14 M.R.S.A. § 6111, on or about June 18, 2018, Plaintiff sent a Notice of Default to the mortgagor and any co-signor against whom the mortgagee is enforcing the obligation secured by the mortgage, by certified mail, return receipt requested and/or by regular mail, postage prepaid (herein after referred to as the "Demand Letter"). *See* Exhibit E.

17. Defendants, Leroy W. Gilbert and Cathy M. Gilbert, have failed to cure the default prior to the expiration of the Demand Letter. In accordance with the Note and the Mortgage, Plaintiff has declared the entire principal amount outstanding, accrued interest thereon, and all other sums due under the Note and Mortgage to be presently due and payable.

18. The total amount owed under the Note and Mortgage as of July 30, 2018, is $76,412.73 includes Unpaid Principal Balance in the amount of $73,640.22; Accrued Interest in the amount of $1,718.61; Late Fees in the amount of $94.52; Property inspection fees in the amount of $72.50; Escrow Advances in the amount of $754.88 plus additional expenses and reasonable attorney's fees and costs.

19. Plaintiff anticipates that additional disbursements will be made for attorney's fees and other services rendered during the foreclosure and sale.

20. Upon information and belief, Defendants, Leroy W. Gilbert and Cathy M. Gilbert, are presently in possession of the subject property originally secured by the Mortgage.

## COUNT I – FORECLOSURE

21. Plaintiff, The Bank of New York Mellon, f/k/a The Bank of New York, as Successor Trustee for JPMorgan Chase Bank, N.A., as Trustee for Novastar Mortgage Funding Trust, Series 2005-4 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2005-4, repeats and realleges paragraphs 1 through 20 as if fully set forth herein.

22. This is an action for foreclosure and title to real estate located at 601 Duck Puddle Road, Waldoboro, ME, 04572, County of Lincoln, and State of Maine. *See* Exhibit A.

23. Plaintiff, The Bank of New York Mellon, f/k/a The Bank of New York, as Successor Trustee for JPMorgan Chase Bank, N.A., as Trustee for Novastar Mortgage Funding Trust, Series 2005-4 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2005-4, is the holder of the Note pursuant to endorsement by the previous holder and physical possession of the Note. As such, Plaintiff has the right to foreclosure upon the subject property.

24. The Bank of New York Mellon, f/k/a The Bank of New York, as Successor Trustee for JPMorgan Chase Bank, N.A., as Trustee for Novastar Mortgage Funding Trust, Series 2005-4 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2005-4 is the current owner and investor of the Mortgage and Note.

25. Defendants, Leroy W. Gilbert and Cathy M. Gilbert, are presently in default on said Mortgage and Note, having failed to make the monthly payment(s) due As a result, Leroy W. Gilbert and Cathy M. Gilbert have breached the condition of the Mortgage and Note.

26. The total amount owed under the Note and Mortgage as of July 30, 2018, is $76,412.73 includes Unpaid Principal Balance in the amount of $73,640.22; Accrued Interest in the amount of $1,718.61; Late Fees in the amount of $94.52; Property inspection fees in the amount of $72.50; Escrow Advances in the amount of $754.88 plus additional expenses and reasonable attorney's fees and costs.

27. The record established through the Lincoln County Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to

the commencement of these proceedings affecting the mortgaged premises at issue herein.

28. By virtue of Defendants' breach of condition, Plaintiff, The Bank of New York Mellon, f/k/a The Bank of New York, as Successor Trustee for JPMorgan Chase Bank, N.A., as Trustee for Novastar Mortgage Funding Trust, Series 2005-4 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2005-4, hereby demands a foreclosure on said real estate.

29. Notice in conformity with 14 M.R.S.A. §6111 was sent to Defendants, Leroy W. Gilbert and Cathy M. Gilbert, on June 19, 2018 as evidenced by the Certificate of Mailing. *See* Exhibit F.

30. Defendants, Leroy W. Gilbert and Cathy M. Gilbert, is/are not in the Military as evidenced by the attached Exhibit G.

## COUNT II – UNJUST ENRICHMENT

31. Plaintiff, The Bank of New York Mellon, f/k/a The Bank of New York, as Successor Trustee for JPMorgan Chase Bank, N.A., as Trustee for Novastar Mortgage Funding Trust, Series 2005-4 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2005-4 repeats and re-alleges paragraphs 1 through 28 as if fully set forth herein.

32. Mortgage Electronic Registration Systems, Inc., as nominee for Novastar Mortgage, Inc., predecessor-in-interest to The Bank of New York Mellon, f/k/a The Bank of New York, as Successor Trustee for JPMorgan Chase Bank, N.A., as Trustee for Novastar Mortgage Funding Trust, Series 2005-4 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2005-4, loaned Defendants, Leroy W. Gilbert and Cathy M. Gilbert, $154,350.00. *See* Exhibit B.

33. Defendants, Leroy W. Gilbert and Cathy M. Gilbert, have failed to repay the loan obligation pursuant to the terms of the Note and Mortgage.

34. As a result, Defendants, Leroy W. Gilbert and Cathy M. Gilbert, have been unjustly enriched to the detriment of Plaintiff, The Bank of New York Mellon, f/k/a The Bank of New York, as Successor Trustee for JPMorgan Chase Bank, N.A., as Trustee for Novastar Mortgage Funding Trust, Series 2005-4 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2005-4, as successor-in-interest to Mortgage Electronic Registration Systems, Inc., as nominee for Novastar Mortgage, Inc. by having received the benefits described above without repayment pursuant to the terms of the Note and Mortgage.

35. As such, Plaintiff, The Bank of New York Mellon, f/k/a The Bank of New York, as Successor Trustee for JPMorgan Chase Bank, N.A., as Trustee for Novastar Mortgage Funding Trust, Series 2005-4 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2005-4, is entitled to relief

## PRAYERS FOR RELIEF

WHEREFORE, Plaintiff, The Bank of New York Mellon, f/k/a The Bank of New York, as Successor Trustee for JPMorgan Chase Bank, N.A., as Trustee for Novastar Mortgage Funding Trust, Series 2005-4 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2005-4, prays this Honorable Court:

Find that Defendants entered into a contract for a sum certain in exchange for a security interest in the subject property.

    a. Determine that there has been a breach of condition of the Mortgage;

b. Find that Plaintiff, The Bank of New York Mellon, f/k/a The Bank of New York, as Successor Trustee for JPMorgan Chase Bank, N.A., as Trustee for Novastar Mortgage Funding Trust, Series 2005-4 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2005-4, is entitled to enforce the terms and conditions of the Note and Mortgage;

c. Determine the amounts due under the Note and secured by the Mortgage, including principal, interest, reasonable attorney's fees, court costs and other expenses;

d. Find that the Defendants are liable for any deficiency balance remaining due to Plaintiff after the sale of the mortgaged real estate and application of the proceeds of sale (this prayer is void for any Defendant that did not execute the Note or Guaranty and for any Defendant who has been granted discharge in bankruptcy);

e. Issue a Judgment of Foreclosure and Sale in conformity with Title 14, M.R.S. § 6322;

f. Order exclusive possession of the real estate to Plaintiff upon the expiration of the statutory ninety (90) day period of redemption and direct the clerk to issue a Writ of Possession at the request of Plaintiff;

g. Find that by virtue of the Note and Mortgage, Defendants, Leroy W. Gilbert and Cathy M. Gilbert, have been unjustly enriched at Plaintiff's expense; and

h. Order such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted,

The Bank of New York Mellon, f/k/a The Bank of New York, as Successor Trustee for JPMorgan Chase Bank, N.A., as Trustee for Novastar Mortgage Funding Trust, Series 2005-4 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2005-4

By its Attorneys,
BENDETT & MCHUGH, P.C.

Dated: April 12, 2019

By:/s/ Carly J. Traub, Esq. Bar No. 5612
MECourtMailings@bmpc-law.com

/s/ Santo Longo, Esq. Bar No.: 5192
MECourtMailings@bmpc-law.com

/s/ Andrew J. Schaefer, Esq. Bar No.: 5770
MECourtMailings@bmpc-law.com

Attorneys for Plaintiff
Bendett & McHugh, PC
30 Danforth Street, Suite 104
Portland ME, 04101
207-221-0016
MECourtMailings@bmpc-law.com