


Bk 4429 Pg276 #7503
08-17-2011 @ 01:03p

Record & Return to:
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 151
Farmington, CT 06032

## ASSIGNMENT OF MORTGAGE

Know all men by these presents, that Mortgage Electronic Registration Systems, Inc. as nominee for Novastar Mortgage, Inc., its successors and assigns, with a mailing address of 1818 Library Street Ste 300 Reston VA 20190 does hereby grant, bargain, sell, assign, transfer, and set over to The Bank of New York Mellon, as Successor Trustee under NovaStar Mortgage Funding Trust, Series 2005-4 with a mailing address of 3701 Regent Blvd. Irving TX 75063 and its successors and assigns, all interest under that certain mortgage to Mortgage Electronic Registration Systems, Inc. as nominee for Novastar Mortgage, Inc., its successors and assigns from Leroy W. Gilbert and Cathy M. Gilbert, dated November 2, 2005 and recorded in Volume 3585 at Page 259 of the Lincoln County Registry of Deeds.

**In Witness Whereof**, the Assignor has duly executed this instrument this 29 day of July, 2011

Signed, Sealed and Delivered
in the Presence of:

Mandy G. Fowler
Witness

Antoinette L. Campbell
Witness ANTOINETTE L. CAMPBELL

Mortgage Electronic Registration Systems, Inc. as nominee for Novastar Mortgage, Inc., its successors and assigns

By Angelo Mayfield
Its Vice President
(Title)

STATE OF Texas :

COUNTY OF DALLAS :

On this 29 day of July, 2011, personally appeared Angelo Mayfield, who is known to me to be the person who executed the foregoing instrument as the Vice President (title), of the Corporation that executed the foregoing instrument, and acknowledged the same to be the free act and deed of said Corporation, before me.




Allison A. Walters
Notary Public
My Commission Expires: 4-8-14

Received
LINCOLN COUNTY REGISTRY OF DEEDS
REBECCA S. WOTTON, REGISTER






APN #: MAP-R3 LOT-46A
Prepared By: David Santa/ PL
When Recorded Mail To:
Ocwen Loan Servicing, LLC
5720 Premier Park Dr.
West Palm Beach, FL 33407
Phone Number: 561-682-8835

**ASSIGNMENT OF MORTGAGE**
**MAINE**

This **ASSIGNMENT OF MORTGAGE** from **THE BANK OF NEW YORK MELLON, AS SUCCESSOR TRUSTEE UNDER NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2005-4**, whose address is 3701 REGENT BLVD., IRVING, TX 5063 ("Assignor") to **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2005-4 NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-4**, whose address is c/o Ocwen Loan Servicing, LLC. 5720 Premier Park Dr, West Palm Beach, FL 33407 ("Assignee").

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Assignor does by these presents hereby grant, bargain, sell, transfer and set over unto the Assignee, its successors, transferees and assigns forever, all of the right, title and interest of said Assignor in and to the following instrument describing land therein, duly recorded in the Office of the Public Records of **LINCOLN** County, State of **MAINE**, as follows:

Mortgagor: LEROY W. GILBERT AND CATHY M. GILBERT
Mortgagee: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR NOVASTAR MORTGAGE, INC.
Document Date: NOVEMBER 02, 2005
Amount: $ 154,350.00
Recording Date: NOVEMBER 08, 2005
Instrument Number: 12951
Book/Volume/Docket/Liber: 3585
Page/Folio: 259
Property address: 601 DUCK PUDDLE ROAD, WALDOBORO, ME 04572

This Assignment is made without recourse, representation or warranty.

IN WITNESS WHEREOF, the Assignor has caused these presents to be executed in its name, by its proper officer thereunto duly authorized, the 23rd day of July, 2014

**THE BANK OF NEW YORK MELLON, AS SUCCESSOR TRUSTEE UNDER NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2005-4**

BY: [signature]

NAME: Andrew M. Cooper
TITLE: Vice President

Signed, sealed and delivered in the presence of:
(1) [signature] Medina Dzavolic
(2) [signature] Maria Arita

STATE OF New York )
COUNTY OF New York )ss.

The foregoing instrument was acknowledged before me this 23rd day of July, 2014, Andrew M Cooper, the Vice President of **THE BANK OF NEW YORK MELLON, AS SUCCESSOR TRUSTEE UNDER NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2005-4**, on behalf of the company. He/She is personally known to me.

[signature]
Notary Public State of ________

EDWARD COFIE
Notary Public, State of New York
No. 01CO6270297
Qualified in Bronx County
Commission Expires Oct. 15, 2016

REBECCA S. WOTTON, REGISTER
LINCOLN COUNTY MAINE E-RECORDED

[Seal: EDWARD COFIE NOTARY PUBLIC STATE OF NEW YORK]




Bk 4890 Pg101 #3862
05-28-2015 @ 02:44p

Property address:
601 Duck Puddle Road
Waldoboro, ME 04572

QUITCLAIM ASSIGNMENT

WHEREAS, Novastar Mortgage, Inc. is the "Lender" on a certain mortgage executed by Leroy W. Gilbert and Cathy M. Gilbert, and bearing the date of the 2nd day of November, 2005 and recorded on the 8th day of November, 2005 in the Lincoln County Registry of Deeds in Book 3585 at Page 259 (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") was designated the mortgagee in the Mortgage as the nominee of Novastar Mortgage, Inc. and its successors and assigns, and MERS was the stated mortgagee of record;

WHEREAS this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interest that MERS had in the Mortgage; and

WHEREAS, Novastar Mortgage, Inc. wishes to convey and assign any and all rights it may have under the Mortgage.

Accordingly **Novastar Mortgage, Inc.** hereby **ASSIGNS AND QUIT CLAIMS** to **The Bank of New York Mellon f/k/a The Bank of New York, as Successor Trustee for JPMorgan Chase Bank, N.A., as Trustee for NovaStar Mortgage Funding Trust, Series 2005-4 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2005-4** all of its rights, title and interest (whatever they may be, if any) in the Mortgage to The Bank of New York Mellon f/k/a The Bank of New York, as Successor Trustee for JPMorgan Chase Bank, N.A., as Trustee for NovaStar Mortgage Funding Trust, Series 2005-4 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2005-4.

IN WITNESS WHEREOF, the said John Holtmann, the [title] Vice President at Novastar Mortgage, Inc., thereunto duly authorized, has executed this instrument on the 13th day of the month of May, 2015.

Novastar Mortgage, Inc.

Witness Julia Connolly

its:
Print name: John Holtmann
Vice President

STATE OF Missouri
COUNTY OF Jackson

Date: May 13, 2015

I HEREBY CERTIFY that on this day, before me, an officer duly authorized to take acknowledgements, personally appeared John Holtmann, the Vice President at Novastar Mortgage, Inc., who is personally known to me, or who produced Personally Known as identification and who swore or affirmed and subscribed the foregoing instrument as his/her free act and deed, in his/her said capacity, and the free act and deed of the said Novastar Mortgage, Inc.

Notary Public Signature

ANGELA CALDWELL
Notary Public - Notary Seal
State of Missouri, Jackson County
Commission # 11387936
My Commission Expires Oct 13, 2015

Document type: Quitclaim Assignment
Borrower: Leroy W. Gilbert and Cathy M. Gilbert
Property address: 601 Duck Puddle Road, Waldoboro, ME 04572

REBECCA S. WOTTON, REGISTER
LINCOLN COUNTY MAINE E-RECORDED