Ocwen
P.O. BOX 9066
TEMECULA, CA 92589-9066





PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO



Leroy W Gilbert
601 DUCK PUDDLE RD
WALDOBORO, ME 04572-6111



DEMANDMEBKDC_FC

PATTERN FOR SECURITY PURPOSES ONLY.
PAGE LEFT INTENTIONALY BLANK.

Case 2:19-cv-00158-JAW   Document 1-5   Filed 04/12/19   Page 2 of 16   PageID #: 44



Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

06/18/2018

Sent Via First Class Mail

Loan Number

Leroy W Gilbert
601 DUCK PUDDLE RD
WALDOBORO, ME 04572-6111

Property Address: 601 Duck Puddle Rd
Waldoboro, ME 04572-6111

# RIGHT TO CURE NOTICE OF DEFAULT

## AVISO IMPORTANTE PARA PERSONAS QUE HABLAN ESPAÑOL:

Esta notificación es de suma importancia. Puede afectar su derecho a continuar viviendo en su casa. Si no entiende su contenido, obtenga una traducción inmediatamente o contáctenos ya que tenemos representantes que hablan español y están disponibles para asistir.

Dear Accountholder(s),

### SPECIAL NOTICE IN THE EVENT OF A FILED BANKRUPTCY

If you have received an Order of Discharge in a Chapter 7 case filed under the Bankruptcy Code of the United States, this Notice is not intended as an attempt to collect any debt from you personally. If you have received an Order of Discharge in a Chapter 11, 12 or 13 bankruptcy case, this Notice is not an attempt to collect a pre-petition debt pursuant to a completed and confirmed Bankruptcy Plan. If the foregoing applies to you, this Notice is sent to you only as a preliminary step to an "In Rem" foreclosure on the mortgage against the above-referenced property. Provisions may be contained within the mortgage/deed of trust that require Notice prior to foreclosure. As such, this is not an attempt to assert that you have any personal liability for this debt contrary to any entered Bankruptcy Order of Discharge.

In addition, if you have recently filed a petition under the Bankruptcy Code, this Notice has been sent to you because we have not been notified of your bankruptcy case. If the foregoing applies to you, it is **IMPORTANT that you or your bankruptcy attorney contacts us immediately** and provides us with the following information: date and jurisdiction of your filing, your case number and the bankruptcy chapter number under which you have filed.

NMLS

DEMANDMEBKDCM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!*®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

Mortgage installments on the above-referenced account are delinquent, which has caused a default under the terms of the Mortgage or Deed of Trust. As of **06/16/2018**, the following amounts are delinquent:

| Principal and Interest | $1,553.05 |
|---|---|
| Interest Arrearage | $0.00 |
| Escrow | $1,459.51 |
| Late Charges | $63.46 |
| Insufficient Funds Charges | $0.00 |
| Fees / Expenses (*see itemization below) | $153.50 |
| Suspense Balance (CREDIT) | $0.00 |
| Interest Reserve Balance (CREDIT) | $0.00 |
| **TOTAL DUE** | **$3,229.52** |

| Fee Breakup as of 06/16/2018 ||
|---|---|
| **Expense Type** | **Due** |
| Property Inspection | $14.50 |
| Property Inspection Fee | $29.00 |
| BPO | $110.00 |
| Total | $153.50 |

**In order to cure the default, the entire "Total Due" listed above must be submitted to the appropriate address listed in the "Payment Remittance Information" section of this Notice no later than 35 days from the date you received this Notice.** Funds must be received by us via MoneyGram®, bank check, money order, certified funds or bank wire. Please be aware, after acceleration of the account, there may be expenses and attorney's fees and costs incurred by us to enforce the terms of the mortgage agreement, in addition to the existing balance(s) on the account. Funds received less than the amount required to reinstate the mortgage may be returned, and will not stop any foreclosure proceedings that have begun.

The total amount due does not include any amounts that become due after the date of this Notice.

The promises pursuant to the terms of the Mortgage Documents were not kept. Failure to cure the default on or before the date specified in this Notice may require immediate payment in full, and the Lender or another Person may acquire the Property by means of foreclosure and sale. There is the right to cure the default by full payment of all amounts due under the Mortgage Documents, including reasonable interest and late charges, as applicable, specified in the Mortgage Documents, as well as reasonable attorney fees. If the requirements of the Mortgage Documents are met, then the right to have Lender's enforcement of this lien stopped and to have the Mortgage Documents remain fully effective as if immediate payment in full had never been required. Upon acceleration, the total amount will be immediately due and payable without further demand. In foreclosure proceedings, we are entitled to collect the total arrearage in addition to any expenses of foreclosure, including, but not limited to, reasonable attorney's fees and costs. A party has the right in any lawsuit for foreclosure and sale to argue the promises and agreements were kept under the Mortgage Documents and to present any other defenses.

NMLS # 1852                                                                                                                    DEMANDMEBKDCM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

---

We will work with bankruptcy lawyers, foreclosure defense lawyers, housing counselors, and other authorized representatives of our customers. However, we will only release information once written authorization has been obtained, as required by law.

We encourage a thorough review of the provisions of the mortgage.

In addition, a HUD counseling agency may be able to provide assistance. To locate the HUD-approved counseling agency, call the HUD Housing Counseling Service at 800.569.4287 or consult HUD's website at HUD.gov. Failing to contact a housing counselor or attorney may result in the loss of certain opportunities, such as meeting with the lender or participating in mediation in front of a neutral third party.

Where mediation is available as set forth in Maine Rev. Statute 14 § 6321-A, mediation may be requested to explore options for avoiding foreclosure judgment.

Enclosed is a listing of local HUD-approved counseling agencies. We encourage our customers to explore available options prior to the end of the right-to-cure period.

**Attention Servicemembers and Dependents**: Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember, may be entitled to certain legal protections under the federal Servicemembers Civil Relief Act (50 U.S.C. App. §§ 501-597b) ("SCRA") regarding the servicemember's interest rate and foreclosure protections. SCRA and certain state laws provide important protections for you. If you are currently in the military service, or have been within the last twelve (12) months, please notify Ocwen immediately. Servicemembers and dependents with questions about SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php. Military OneSource is the U.S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA, please go to www.militaryonesource.mil/legal or call 800.342.9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website. Homeowner counseling is also available at HUD-certified housing counselors (www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You can also contact us toll-free at 800.746.2936 if you have questions about your rights under SCRA.

If the account cannot be brought current, we should be contacted immediately to discuss possible alternatives to foreclosure. Ocwen wants to assist in trying to remedy this situation. We would like to present some of the alternatives that might be available regarding the delinquent mortgage account. While our primary objective is the cure of past due amounts on the account, we want to work to find the best available alternative to bring the mortgage current. If the account meets Investor guidelines, Ocwen Loan Servicing, LLC has the authority to modify the mortgage.

Gautham K has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

We encourage our customers to contact Ocwen or a counselor approved by the United States Department of Housing and Urban Development to explore available options prior to the end of the right-to-cure period.

Please visit our website at www.ocwencustomers.com where the account can be reviewed and financial information entered.

For any questions or concerns, we can be reached toll-free at 800.746.2936. We are available Monday through Friday 8 am to 9 pm and Saturday 8 am to 5 pm ET.

NMLS #    DEMANDMEBKDCM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

Sincerely,
Loan Servicing

## PAYMENT REMITTANCE INFORMATION
### (Always include account number 7110342990 with any payments.)
Certified Payment Methods

| Western Union | MoneyGram® |
|---|---|
| **Code City:** OCWEN<br>**State:** Florida<br>**Reference:** Account number<br>**Agent Locator:** 800.225.5227 | **Receiver Code:** 2355<br>**Payable to:** Ocwen Loan Servicing, LLC<br>**City, State:** Orlando, Florida<br>**Reference:** Account number<br>**Agent Locator:** 800.926.9400 |
| **Mail a Money Order/Certified Check** | **Bank Wire** |
| **For Regular Mail:**<br>Ocwen Loan Servicing, LLC<br>P.O. Box 660264<br>Dallas, TX 75266-0264<br>**For Overnight/Certified Mail:**<br>Ocwen Loan Servicing, LLC<br>Box # 660264<br>1010 W. Mockingbird Lane, Suite 100<br>Dallas, TX 75247 | **Bank:** Wells Fargo Bank, NA<br>**Ocwen Bank ABA Routing Number:**<br>**Ocwen Bank Account Number:**<br>**Account Name:** Ocwen Loan Servicing, LLC<br>**Reference:** Account number<br>Property Address and Customer Name<br>**Email Wire Details to:**<br>Transferfunds@ocwen.com |

**Toll-free Phone:** 800.746.2936

**Address Written Correspondence to:**
Ocwen Loan Servicing, LLC
Attention: Research Department
P.O. Box 24736
West Palm Beach, FL 33416-4736

NMLS                                                                                                                                  DEMANDMEBKDCM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

## Agencies located in MAINE

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:** 800-452-4668
**Fax:** 207-626-4678
**Email:** dkjohnson@mainehousing.org
**Address:** 353 Water Street
AUGUSTA, Maine 04330-4665
**Website:** www.mainehousing.org

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:**
**Fax:**
**Email:** dkjohnson@mainehousing.org
**Address:** 353 Water St
Augusta, Maine 04330-6113
**Website:** http://www.mainehousing.org

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-974-2403
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** hmassow@penquis.org
**Address:** 262 Harlow Street
PO Box 1162
BANGOR, Maine 04401-4952
**Website:** http://www.penquis.org

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963
**Toll Free:** 800-221-2221
**Fax:** 207-443-7447
**Email:** candice.carpenter@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Website:** http://www.midcoastmainecommunityaction.org

**Agency Name:** WALDO COMMUNITY ACTION PARTNERS
**Phone:** 207-338-6809
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 9 Field St Ste 201
Belfast, Maine 04915-6661
**Website:** http://waldocap.org

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Website:** http://www.ceimaine.org

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Website:** www.avestahousing.org

**Agency Name:** COMMUNITY FINANCIAL LITERACY
**Phone:** 207-797-7890
**Toll Free:**
**Fax:**
**Email:** crwaganje@cflmaine.org
**Address:** 309 Cumberland Ave Ste 202
Portland, Maine 04101-4982
**Website:** http://cflme.org/

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 477 Congress St 5Th Floor
Portland, Maine 04101
**Website:** http://www.moneymanagement.org

**Agency Name:** PINE TREE LEGAL ASSISTANCE, INCORPORATED
**Phone:** 207-774-8211
**Toll Free:**
**Fax:** 207-828-2300
**Email:** nheald@ptla.org
**Address:** 88 Federal St
PO Box 547
PORTLAND, Maine 04101-4205
**Website:** http://www.ptla.org

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-764-3721
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 771 Main St
Presque Isle, Maine 04769-2201
**Website:** http://www.acap-me.org

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2903
**Toll Free:**
**Fax:** 207-490-5026
**Email:** Meaghan.Arzberger@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Website:** http://www.yccac.org



**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:**
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Square
SOUTH PARIS, Maine 04281-1533
**Website:** www.community-concepts.org

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 800-542-8227
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 97 Water St
Waterville, Maine 04901-6339
**Website:** http://www.kvcap.org

Ocwen
P.O. BOX 9066
TEMECULA, CA 92589-9066



PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO



Cathy M Gilbert
601 DUCK PUDDLE RD
WALDOBORO, ME 04572-6111

DEMANDMEBKDC_FC

PATTERN FOR SECURITY PURPOSES ONLY.
PAGE LEFT INTENTIONALY BLANK.



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

06/18/2018

Sent Via First Class Mail

Loan Number

Cathy M Gilbert
601 DUCK PUDDLE RD
WALDOBORO, ME 04572-6111

Property Address: 601 Duck Puddle Rd
Waldoboro, ME 04572-6111

## RIGHT TO CURE NOTICE OF DEFAULT

### AVISO IMPORTANTE PARA PERSONAS QUE HABLAN ESPAÑOL:

Esta notificación es de suma importancia. Puede afectar su derecho a continuar viviendo en su casa. Si no entiende su contenido, obtenga una traducción inmediatamente o contáctenos ya que tenemos representantes que hablan español y están disponibles para asistir.

Dear Accountholder(s),

#### SPECIAL NOTICE IN THE EVENT OF A FILED BANKRUPTCY

If you have received an Order of Discharge in a Chapter 7 case filed under the Bankruptcy Code of the United States, this Notice is not intended as an attempt to collect any debt from you personally. If you have received an Order of Discharge in a Chapter 11, 12 or 13 bankruptcy case, this Notice is not an attempt to collect a pre-petition debt pursuant to a completed and confirmed Bankruptcy Plan. If the foregoing applies to you, this Notice is sent to you only as a preliminary step to an "In Rem" foreclosure on the mortgage against the above-referenced property. Provisions may be contained within the mortgage/deed of trust that require Notice prior to foreclosure. As such, this is not an attempt to assert that you have any personal liability for this debt contrary to any entered Bankruptcy Order of Discharge.

In addition, if you have recently filed a petition under the Bankruptcy Code, this Notice has been sent to you because we have not been notified of your bankruptcy case. If the foregoing applies to you, it is **IMPORTANT that you or your bankruptcy attorney contacts us immediately** and provides us with the following information: date and jurisdiction of your filing, your case number and the bankruptcy chapter number under which you have filed.

NMLS

DEMANDMEBKDCM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 1 of 4



Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

Mortgage installments on the above-referenced account are delinquent, which has caused a default under the terms of the Mortgage or Deed of Trust. As of **06/16/2018**, the following amounts are delinquent:

| | |
|---|---:|
| Principal and Interest | $1,553.05 |
| Interest Arrearage | $0.00 |
| Escrow | $1,459.51 |
| Late Charges | $63.46 |
| Insufficient Funds Charges | $0.00 |
| Fees / Expenses (*see itemization below) | $153.50 |
| Suspense Balance (CREDIT) | $0.00 |
| Interest Reserve Balance (CREDIT) | $0.00 |
| **TOTAL DUE** | **$3,229.52** |

| Fee Breakup as of 06/16/2018 | |
|---|---:|
| **Expense Type** | **Due** |
| Property Inspection | $14.50 |
| Property Inspection Fee | $29.00 |
| BPO | $110.00 |
| Total | $153.50 |

**In order to cure the default, the entire "Total Due" listed above must be submitted to the appropriate address listed in the "Payment Remittance Information" section of this Notice no later than 35 days from the date you received this Notice.** Funds must be received by us via MoneyGram®, bank check, money order, certified funds or bank wire. Please be aware, after acceleration of the account, there may be expenses and attorney's fees and costs incurred by us to enforce the terms of the mortgage agreement, in addition to the existing balance(s) on the account. Funds received less than the amount required to reinstate the mortgage may be returned, and will not stop any foreclosure proceedings that have begun.

The total amount due does not include any amounts that become due after the date of this Notice.

The promises pursuant to the terms of the Mortgage Documents were not kept. Failure to cure the default on or before the date specified in this Notice may require immediate payment in full, and the Lender or another Person may acquire the Property by means of foreclosure and sale. There is the right to cure the default by full payment of all amounts due under the Mortgage Documents, including reasonable interest and late charges, as applicable, specified in the Mortgage Documents, as well as reasonable attorney fees. If the requirements of the Mortgage Documents are met, then the right to have Lender's enforcement of this lien stopped and to have the Mortgage Documents remain fully effective as if immediate payment in full had never been required. Upon acceleration, the total amount will be immediately due and payable without further demand. In foreclosure proceedings, we are entitled to collect the total arrearage in addition to any expenses of foreclosure, including, but not limited to, reasonable attorney's fees and costs. A party has the right in any lawsuit for foreclosure and sale to argue the promises and agreements were kept under the Mortgage Documents and to present any other defenses.

DEMANDMEBKDCM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

We will work with bankruptcy lawyers, foreclosure defense lawyers, housing counselors, and other authorized representatives of our customers. However, we will only release information once written authorization has been obtained, as required by law.

We encourage a thorough review of the provisions of the mortgage.

In addition, a HUD counseling agency may be able to provide assistance. To locate the HUD-approved counseling agency, call the HUD Housing Counseling Service at 800.569.4287 or consult HUD's website at HUD.gov. Failing to contact a housing counselor or attorney may result in the loss of certain opportunities, such as meeting with the lender or participating in mediation in front of a neutral third party.

Where mediation is available as set forth in Maine Rev. Statute 14 § 6321-A, mediation may be requested to explore options for avoiding foreclosure judgment.

Enclosed is a listing of local HUD-approved counseling agencies. We encourage our customers to explore available options prior to the end of the right-to-cure period.

**Attention Servicemembers and Dependents**: Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember, may be entitled to certain legal protections under the federal Servicemembers Civil Relief Act (50 U.S.C. App. §§ 501-597b) ("SCRA") regarding the servicemember's interest rate and foreclosure protections. SCRA and certain state laws provide important protections for you. If you are currently in the military service, or have been within the last twelve (12) months, please notify Ocwen immediately. Servicemembers and dependents with questions about SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php. Military OneSource is the U.S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA, please go to www.militaryonesource.mil/legal or call 800.342.9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website. Homeowner counseling is also available at HUD-certified housing counselors (www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You can also contact us toll-free at 800.746.2936 if you have questions about your rights under SCRA.

If the account cannot be brought current, we should be contacted immediately to discuss possible alternatives to foreclosure. Ocwen wants to assist in trying to remedy this situation. We would like to present some of the alternatives that might be available regarding the delinquent mortgage account. While our primary objective is the cure of past due amounts on the account, we want to work to find the best available alternative to bring the mortgage current. If the account meets Investor guidelines, Ocwen Loan Servicing, LLC has the authority to modify the mortgage.

Gautham K has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

We encourage our customers to contact Ocwen or a counselor approved by the United States Department of Housing and Urban Development to explore available options prior to the end of the right-to-cure period.

Please visit our website at www.ocwencustomers.com where the account can be reviewed and financial information entered.

For any questions or concerns, we can be reached toll-free at 800.746.2936. We are available Monday through Friday 8 am to 9 pm and Saturday 8 am to 5 pm ET.

DEMANDMEBKDCM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

Sincerely,
Loan Servicing

## PAYMENT REMITTANCE INFORMATION
(Always include account number 7110342990 with any payments.)
Certified Payment Methods

### Western Union
**Code City:** OCWEN
**State:** Florida
**Reference:** Account number
**Agent Locator:** 800.225.5227

### MoneyGram®
**Receiver Code:** 2355
**Payable to:** Ocwen Loan Servicing, LLC
**City, State:** Orlando, Florida
**Reference:** Account number
**Agent Locator:** 800.926.9400

### Mail a Money Order/Certified Check
**For Regular Mail:**
Ocwen Loan Servicing, LLC
P.O. Box 660264
Dallas, TX 75266-0264
**For Overnight/Certified Mail:**
Ocwen Loan Servicing, LLC
Box # 660264
1010 W. Mockingbird Lane, Suite 100
Dallas, TX 75247

### Bank Wire
**Bank:** Wells Fargo Bank, NA
**Ocwen Bank ABA Routing Number:**
**Ocwen Bank Account Number:**
**Account Name:** Ocwen Loan Servicing, LLC
**Reference:** Account number
Property Address and Customer Name
**Email Wire Details to:**
Transferfunds@ocwen.com

**Toll-free Phone:** 800.746.2936

**Address Written Correspondence to:**
Ocwen Loan Servicing, LLC
Attention: Research Department
P.O. Box 24736
West Palm Beach, FL 33416-4736

DEMANDMEBKDCM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

## Agencies located in MAINE

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:** 800-452-4668
**Fax:** 207-626-4678
**Email:** dkjohnson@mainehousing.org
**Address:** 353 Water Street
AUGUSTA, Maine 04330-4665
**Website:** www.mainehousing.org

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:**
**Fax:**
**Email:** dkjohnson@mainehousing.org
**Address:** 353 Water St
Augusta, Maine 04330-6113
**Website:** http://www.mainehousing.org

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-974-2403
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** hmassow@penquis.org
**Address:** 262 Harlow Street
PO Box 1162
BANGOR, Maine 04401-4952
**Website:** http://www.penquis.org

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963
**Toll Free:** 800-221-2221
**Fax:** 207-443-7447
**Email:** candice.carpenter@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Website:** http://www.midcoastmainecommunityaction.org

**Agency Name:** WALDO COMMUNITY ACTION PARTNERS
**Phone:** 207-338-6809
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 9 Field St Ste 201
Belfast, Maine 04915-6661
**Website:** http://waldocap.org

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Website:** http://www.ceimaine.org

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Website:** www.avestahousing.org

**Agency Name:** COMMUNITY FINANCIAL LITERACY
**Phone:** 207-797-7890
**Toll Free:**
**Fax:**
**Email:** crwaganje@cflmaine.org
**Address:** 309 Cumberland Ave Ste 202
Portland, Maine 04101-4982
**Website:** http://cflme.org/

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 477 Congress St 5Th Floor
Portland, Maine 04101
**Website:** http://www.moneymanagement.org

**Agency Name:** PINE TREE LEGAL ASSISTANCE, INCORPORATED
**Phone:** 207-774-8211
**Toll Free:**
**Fax:** 207-828-2300
**Email:** nheald@ptla.org
**Address:** 88 Federal St
PO Box 547
PORTLAND, Maine 04101-4205
**Website:** http://www.ptla.org

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-764-3721
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 771 Main St
Presque Isle, Maine 04769-2201
**Website:** http://www.acap-me.org

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2903
**Toll Free:**
**Fax:** 207-490-5026
**Email:** Meaghan.Arzberger@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Website:** http://www.yccac.org

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:**
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Square
SOUTH PARIS, Maine 04281-1533
**Website:** www.community-concepts.org

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 800-542-8227
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 97 Water St
Waterville, Maine 04901-6339
**Website:** http://www.kvcap.org