

**EXHIBIT F**

Ocwen
P.O. Box 24646
West Palm Beach, FL 33416-4646

PS form 3665
Type of Mailing:
CERTIFICATE OF MAILING
June 19, 2018



| List Number of Pieces Listed by Sender | Total Number of Pieces Received at Post office | Postmaster: Name of receiving employee | Dated: |
|---|---|---|---|
| 12 | | | |

| Line | Reference | Tracking Number | Name, Street & P.O. Address | Postage | Fee |
|---|---|---|---|---|---|
| 2 | | 2333840787 | Cathy M Gilbert<br>601 DUCK PUDDLE RD<br>WALDOBORO, ME 04572-6111 | $0.680 | $0.40 |
| 4 | | 2333840789 | Leroy W Gilbert<br>601 DUCK PUDDLE RD<br>WALDOBORO, ME 04572-6111 | $0.680 | $0.40 |



Hasler
06/19/2018
US POSTAGE $004.80

